**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ALLERGAN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SANDOZ INC<br><br>    Defendant. | CIVIL ACTION NO. 6:11-CV-441<br>                              6:11-CV-611<br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING ALLERGAN, INC.'S
AGREED MOTION FOR CONSOLIDATION**

Before the Court is Allergan, Inc.'s Agreed Motion for Consolidation (Doc. No. 25). Having considered the motion and that it is agreed by all parties, the Court GRANTS the motion and CONSOLIDATES this case and case no. 6:11-CV-611-MHS, *Allergan, Inc. v. Lupin Ltd. and Lupin Pharmaceuticals, Inc.*, also pending before this court, for all purposes. The cases shall proceed forward as a single action under case no. 6:11-CV-441.

    It is SO ORDERED.

    SIGNED this 10th day of January, 2012.


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE