IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ALLERGAN, INC. | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 6:11-cv-441 |
| vs. | § | |
| | § | Consolidated Action |
| SANDOZ INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
PLAINTIFF'S COUNTS III AND IV WITH RESPECT TO U.S. PATENT NO. 5,688,819**

Plaintiff Allergan, Inc. and Defendants Watson Laboratories, Inc. ("Watson Laboratories"), Watson Pharmaceuticals, Inc. ("Watson Pharmaceuticals"), and Watson Pharma, Inc. ("Watson Pharma") (collectively, "Watson Defendants") by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, without prejudice, of Plaintiff's Counts III and IV with respect to U.S. Patent No. 5,688,819 in Case No. 6:12-cv-197 as follows:

WHEREAS, Watson Laboratories certified in connection with ANDA No. 203748 under 21 U.S.C. § 355(j)(2)(A)(vii)(III) and 21 C.F.R. 314.94(a)(12)(i)(A)(3) that the sale of any product made under ANDA No. 203748 will not begin until after the expiration date of U.S. Patent No. 5,688,819 ("the '819 patent");

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to Case No. 6:12-cv-197, that

(1) Counts III and IV of the Complaint for Patent Infringement of the '819 patent (Docket No. 1, Case No. 6:12-cv-197) are hereby dismissed without prejudice pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own costs and attorneys' fees as to these Counts.

Dated: September 12, 2012

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Bracewell & Giuliani LLP | /s/ Wesley Hill |
| | Wesley Hill |
| By: /s/ John H. Barr, Jr.(by perm. Wes Hill) | Texas Bar No. 24032294 |
|     John H. Barr, Jr. | wh@wsfirm.com |
|     Attorney-in-Charge | WARD & SMITH LAW FIRM |
|     State Bar No. 00783605 | P.O. Box 1231 |
| 711 Louisiana, Suite 2300 | 1127 Judson Rd., Ste. 220 |
| Houston, Texas 77002 | Longview, TX 75606 |
| (713) 223-2300 – Telephone | Telephone: (903) 757-6400 |
| (713) 221-1212 – Facsimile | Facsimile: (903) 757-2323 |
| | |
| **ATTORNEY FOR DEFENDANTS WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., AND WATSON PHARMA, INC.** | W. Chad Shear |
| | Texas Bar No. 24013493 |
| | shear@fr.com |
| | Douglas E. McCann |
| | dmccann@fr.com |
| Of counsel: | Martina Tyreus Hufnal |
| Christopher A. Shield | hufnal@fr.com |
| State Bar No. 24046833 | Robert M. Oaks |
| John A. Yates | oakes@fr.com |
| State Bar No. 24056569 | FISH & RICHARDSON P.C. |
| Robert D. Ayers, Jr. | 222 Delaware Avenue, 17th Floor |
| Bracewell & Giuliani LLP | Wilmington, DE 19801 |
| 711 Louisiana, Suite 2300 | Telephone: (302) 652-5070 |
| Houston, Texas 77002 | Facsimile: (302) 652-0607 |
| | |
| | Jonathan E. Singer |
| | singer@fr.com |
| | Deanna J. Reichel |
| | reichel@fr.com |
| | Elizabeth M. Flanagan |
| | eflanagan@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South Sixth St., #3200 |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 |
| | Facsimile: (612) 288-9696 |

        Juanita R. Brooks
        brooks@fr.com
        FISH & RICHARDSON P.C.
        12390 El Camino Real
        San Diego, CA 92130
        Telephone: (858) 678-5070
        Facsimile:  (858) 678-5099

        Jeffrey T. Thomas
        jtthomas@gibsondunn.com
        GIBSON DUNN & CRUTCHER
        3161 Michelson Drive
        Irvine, CA 92612
        Telephone: (949) 451-3800
        Facsimile:  (949) 475-4670

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via electronic delivery this the 12th day of September, 2012.

        /s/ Wesley Hill
        Wesley Hill