**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**DATE: July 15, 2013**

| JUDGE<br>MICHAEL H. SCHNEIDER | COURT ADMINISTRATOR: Linda Pritchard<br>COURT REPORTER:        Jan Mason |
|---|---|
| ALLERGAN, INC.<br><br>VS.<br><br>SANDOZ, INC. | CAUSE NO:<br>6:11cv441 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (SEE ATTACHED SHEET) | (SEE ATTACHED SHEET) |

# MINUTES OF FIRST DAY OF BENCH TRIAL

On this day, came the parties by their attorneys and the following proceedings were had:

| **OPEN:** 8:40 A.M. | **ADJOURN:** 5:35 P.M. |
|---|---|
| **TIME:** | **MINUTES:** |
| 8:40 am | Case called.  Attorneys announced present and ready. |
| 8:44 am | Rule invoked by Mr. Bo Davis. |
| 8:45 am | The Court addressed objections to exhibits.  Response by Mr. Barr.  Response by Mr. Aendestadt.  Response by Mr. Rakoczy. |
| 8:47 am | The Court addressed objections to various documents. |
| 8:50 am | Mr. Ward addressed the Court. |
| 8:51 am | Ms. Brooks addressed the Court.  Response by Mr. Alul. |
| 8:57 am | Witnesses sworn: Amy Batoosingh, Chin-Mind Chang, David LeCause, Thorsteinn Loftsson, Timothy Macdonald, Robert Maness, Robert Noecker, Peter Fritz Kador, Howard M. Leibowitz, Soumyajit Majumdar and John Robert Samples. |

| 8:57 am | Witnesses placed under the Rule. |
|---|---|
| 9:03 am | Plaintiff's opening statement by Ms. Brooks. |
| 9:24 am | Recess taken. |
| 9:41 am | Court reconvened. |
| 9:42 am | Defendant's opening statement by Mr. David Doyle. |
| 9:59 am | Defendant's opening statement by Ms. DeRieux. |
| 10:05 am | Chin-Ming Chang, witness previously sworn, called by the plaintiff.  Direct examination by Ms. Brooks. |
| 10:06 am | Ms. Brooks offered Plaintiff's Exhibits Nos. 54, 256, 72, 251, 73, 257, 55, 240, 78, 245, 232, 221, 56, 48, 1-5, 62 and 76, and Defendant's Exhibit No. DTX -38.  Admitted without objection. |
| 10:08 am | Direct examination of Dr. Chang by Ms. Brooks. |
| 10:45 am | Recess taken. |
| 11:02 am | Court reconvened. |
| 11:02 am | Plaintiff's Exhibit No. 71 offered and admitted without objection. |
| 11:02 am | Continuation of direct examination of Dr. Chang by Ms. Brooks. |
| 11:35 am | Cross-examination of Dr. Chang by Mr. Barr. |
| 11:56 am | DTX-163 identified by the witness. |
| 12:01 pm | Recess taken. |
| 1:16 pm | Court reconvened. |
| 1:17 pm | Defendant's Exhibit Nos. 163, 109, 152, 60.  Admitted without objection. |
| 1:18 pm | Continuation of cross-examination of Dr. Chang by Mr. Barr. |
| 1:47 pm | Redirect examination of Dr. Chang by Ms. Brooks. |
| 2:05 pm | Witness excused. |
| 2:05 pm | Amy Batoosingh, witness previously sworn, called by the plaintiff.  Direct examination by Ms. Coletti. |
| 2:10 pm | Plaintiff's Exhibit Nos. 48, 49, 135, 142, 164, 213, 214 and 298.  Admitted without objection. |
| 2:18 pm | Recess taken. |
| 2:34 pm | Court reconvened. |

CASE NO. 6:11cv441    DATE: July 15, 2013
PAGE 3 - PROCEEDINGS CONTINUED

| | |
|---|---|
| 2:35 pm | Continuation of direct examination of Amy Batoosingh by Ms. Coletti. |
| 2:56 pm | Cross-examination of Amy Batoosingh by Mr. Rakoczy. |
| 3:31 pm | Recess taken. |
| 3:47 pm | Court reconvened. |
| 3:47 pm | Defendant's Exhibit Nos. 1, 4, 6, 11, 63, 151, 170, 271 and 331 offered. Admitted without objection. |
| 3:48 pm | Cross-examination of Amy Batoosingh by Mr. Acker. |
| 3:50 pm | Redirect examination of Amy Batoosingh by Ms. Coletti. |
| 4:01 pm | Defendant's Exhibit No. 36 offered and admitted without objection. |
| 4:02 pm | Recross-examination of Amy Batoosingh by Mr. Rakoczy. |
| 4:03 pm | Witness excused. |
| 4:03 pm | David LeCause, witness previously sworn, called by the plaintiff. Direct examination by Mr. Thomas. |
| 4:06 pm | Plaintiff's Exhibit Nos. 139, 261 and 261A, 262-B, 263-A and B, 264, 271, 278, 284 and 353-A,B,C,D. Admitted without objection. |
| 4:42 pm | Cross-examination of David LeCause by Mr. Barr. |
| 4:45 pm | Mr. Barr offered Defendant's Exhibits Nos. 135, 108, 140, 412, 143, 120, 127, 125, 802, 796, 797, 798, 799 and Plaintiff's Exhibit No. 353. Admitted without objection. |
| 4:57 pm | Recess taken. |
| 5:06 pm | Court reconvened. |
| 5:06 pm | Continuation of cross-examination of David LeCause. |
| 5:32 pm | Witness stands aside. |
| 5:32 pm | The Court addresses the parties regarding witnesses to be called on Tuesday. Response by Ms. Brooks. Response by Mr. Doyle. |
| 5:35 pm | Court adjourned. |

**DAVID J. MALAND, CLERK**

CASE NO. 6:11cv441   DATE: July 15, 2013
PAGE 4 - PROCEEDINGS CONTINUED

By: <u>     Linda Pritchard     </u>
Courtroom Administrator