# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE: July 15-19, 2013**

| **JUDGE** | **COURT ADMINISTRATOR:** Linda Pritchard |
|---|---|
| **MICHAEL H. SCHNEIDER** | **COURT REPORTER:**      Jan Mason |

| ALLERGAN, INC.<br><br>VS.<br><br>SANDOZ, INC. | CAUSE NO:<br>6:11cv441 |
|---|---|

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| (SEE ATTACHED SHEET) | (SEE ATTACHED SHEET) |

| **TRIAL WITNESS LIST** |||| 
|---|---|---|---|
| Plf | Def | Witness Testifying | Date Testifying |
| X |   | Chin-Ming Chang | 7/15/2013 |
| X |   | Amy Batoosingh | 7/15/2013 |
| X |   | David LeCause | 7/15-16/2013 |
| X |   | Bernadette Attinger (by deposition) | 7/16/2013 |
| X |   | Amanda Skoumbourdis (by deposition) | 7/16/2013 |
| X |   | Makarand Avacat (by deposition) | 7/16/2013 |
| X |   | Pramod Dahibhate (by deposition) | 7/16/2013 |
| X |   | Chris Losardo (by deposition) | 7/16/2013 |
| X |   | Napoleon Clark (by deposition) | 7/16/2013 |
| X |   | Joyce Delgaudio (by deposition) | 7/16/2013 |
| X |   | Robert Noecker | 7/16/2013 |
|   | X | Kamel Egbaria | 7/16/2013 |
|   | X | Lewis Gryziewicz (by deposition) | 7/16/2013 |

|   |   |                                      |           |
|---|---|--------------------------------------|-----------|
|   | X | Robert Scott Jordan (by deposition)  | 7/16/2013 |
|   | X | Joan-En Lin (by deposition)          | 7/16/2013 |
|   | X | James Chang (by deposition)          | 7/16/2013 |
|   | X | Rhett Schiffman (by deposition)      | 7/16/2013 |
|   | X | Larry Wheeler (by deposition)        | 7/16/2013 |
|   | X | John Robert Samples                  | 7/17/2013 |
|   | X | Soumyajit Majumdar                   | 7/17/2013 |
|   | X | Dr. Gordon Rausser                   | 7/18/2013 |
| X |   | Dr. Timothy Macdonald (rebuttal)     | 7/18/2013 |
| X |   | Thorsteinn Loftsson (rebuttal)       | 7/18/2013 |
| X |   | Dr. Robert Noecker (recalled)        | 7/18/2013 |

**DAVID J. MALAND, CLERK**

By:     Linda Pritchard
       Courtroom Administrator