IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALLERGAN, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SANDOZ INC., *et al.*<br><br>    Defendants. | Civil Action No. 6:11-cv-441 (MHS)<br>Consolidated Case |

## JOINT NOTICE OF APPEAL BY DEFENDANTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that defendants Sandoz Inc. ("Sandoz"), Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"), Hi-Tech Pharmacal Co., Inc. ("Hi-Tech"), and Watson Laboratories, Inc., Watson Pharmaceuticals, Inc. (now known as Actavis, Inc.), and Watson Pharma, Inc. (now known as Actavis Pharma, Inc.) (collectively, "Watson") appeal from the Final Judgment and Permanent Injunction entered January 13, 2014 (D.I. 304), the Findings of Fact and Conclusions of Law entered January 13, 2014 (D.I. 303), and any and all other orders or rulings adverse to defendants. This appeal is made to the United States Court of Appeals for the Federal Circuit.

Dated: February 11, 2014    By: */s/ David C. Doyle*
                  William E. Davis III
                  Texas Bar No. 24047416
                  **THE DAVIS FIRM, PC**
                  111 West Tyler Street
                  Longview, Texas 75601
                  Telephone: 903.230.9090
                  Facsimile: 903.230.9661
                  E-mail: BDavis@bdavisfirm.com

                  David C. Doyle (*pro hac vice*)
                  Eric M. Acker (*pro hac vice*)
                  Anders T. Aannestad (*pro hac vice*)

Brian M. Kramer (*pro hac vice*)
James J. Cekola (*pro hac vice*)
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720 5100
Facsimile: 858.720.5188
E-mail: DDoyle@mofo.com
E-mail: EAcker@mofo.com
E-mail: AAannestad@mofo.com
E-mail: BMKramer@mofo.com
E-mail: JCekola@mofo.com

**ATTORNEYS FOR DEFENDANT SANDOZ INC.**

By: */s/ John A. Yates*
John Hanson Barr, Jr.
Texas State Bar No. 00783605
Christopher A. Shield
Texas State Bar No. 24046833
John A. Yates
Texas State Bar No. 24056569
Robert D. Ayers, Jr.
Texas State Bar No. 24073870
**BRACEWELL & GIULIANI LLP**
711 Louisiana Street, Ste 2300
Houston, TX 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
Email: chris.shield@bgllp.com
Email: john.barr@bgllp.com
Email: Jay.yates@bgllp.com
Email: Robert.ayers@bgllp.com

**ATTORNEYS FOR DEFENDANTS WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., AND WATSON PHARMA, INC.**

By: */s/ Elizabeth L. DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin

State Bar No. 00791478
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Steven Roth
Hi-Tech Pharmacal Co., Inc.
369 Bayview Avenue
Amityville NY 11701
631-789-8228 x4199 (Office)
631-881-9216 (Fax)
Email: sroth@hitechpharm.com

**ATTORNEYS FOR DEFENDANT HI-TECH PHARMACAL CO., INC**

By: */s/ Andrew M. Alul*
Eric H. Findlay
Texas State Bar No. 00789886
Brian Craft
Texas State Bar No. 0497202
Walter Lackey
Texas State Bar No. 24050901
**FINDLAY CRAFT LLP**
6760 Old Jacksonville Highway, Ste. 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1134
Email: efindlay@findlaycraft.com
Email: wlackey@findlaycraft.com
Email: bcraft@findlaycraft.com

William A. Rakoczy (pro hac vice)
Andrew M. Alul (pro hac vice)
Theodore J. Chiacchio (pro hac vice)
John D. Polivick (pro hac vice)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 W. Hubbard Street, Ste. 500
Chicago, IL 60654
Telephone: (312) 222-6301

Facsimile: (312) 222-6321
Email:  wrakoczy@rmmslegal.com
Email:  aalul@rmmslegal.com
Email:  tchiacchio@rmmslegal.com
Email:  jpolivick@rmmslegal.com

**ATTORNEYS FOR DEFENDANTS LUPIN LTD. AND LUPIN PHARMACEUTICALS, INC.**

4

sd-633851

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 11, 2014 the "JOINT NOTICE OF APPEAL BY DEFENDANTS" was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David C. Doyle*
David C. Doyle